UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| RAULITO RATA | : CASE NO. 15-20054-JJT-13 |
| MARICHU RATA | : November 4, 2019 |
| Debtor(s) | |

**MOTION FOR LIMITED RELIEF FROM ORDER**

The Chapter 13 Standing Trustee Roberta Napolitano ("Trustee") moves for relief from the order of the court confirming the plan for the limited purpose of amending the wage order to show a new employer and, if needed, to conform the period of payments to those used by the new employer. No other relief or alteration to the confirmation order is sought.

This motion is made pursuant to Bankruptcy Rule 9024, incorporating by reference Federal Rule of Civil Procedure 60(b)(6). In support of the motion the Trustee represents as follows:

This court entered an order confirming the Chapter 13 Plan of the above referenced Debtor(s).

The confirmation order included a provision that funds be deducted from the wages of the Debtor each pay period and forwarded to the Trustee in an amount sufficient to fund the Plan of the Debtor(s).

The Debtor has advised the Trustee of a change in employment and has requested that wages continue to be deducted from the new employer in an amount consistent with the pay period used by the new employer.

The Trustee has prepared a proposed order that identifies the new employer, the employee from whom wages will be deducted, and the amount and frequency of the deduction. No other changes have been made to the proposed confirmation order.

**Wherefore,** the Trustee requests that the proposed order be amended to update the wage order by showing a new employer and, if needed, to conform the period of payments to those used by the new employer, as is set out in the proposed order filed herewith.

   /s/   *Roberta Napolitano*
Roberta Napolitano tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext. 110
Fax:  860-527-6185
rnapolitano@ch13rn.com

CERTIFICATION OF SERVICE

This is to certify that a copy of this motion for limited relief from order, and proposed order was mailed postage pre-paid or served electronically on the above date to the following:

<u>DEBTOR(S) HEREIN:</u>
RAULITO and MARICHU RATA
158 MONROE STREET
EAST HARTFORD, CT 06118

Served electronically:
ATTORNEY FOR THE DEBTOR(S): JOEL M. GRAFSTEIN, ESQ.:
 JGRAFSTEIN@GRAFSTEINLAW.COM.
OFFICE OF THE UNITED STATES TRUSTEE: USTPRegion02.NH.ECF@USDOJ.GOV.

/s/ Roberta Napolitano
Roberta Napolitano tr08378
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

In the Matter of ) In Proceedings Under Chapter 13
Raulito Rata and Marichu Rata ) Case No. 15-20054 JJT
    Debtor(s) ) Re: ECF 33

Revised Order Confirming Third Amended Chapter 13 Plan*

The Debtor's plan was filed on 1/13/15, and was modified on 8/19/15, ECF 33. The plan was transmitted to the creditors under Bankruptcy Rule 3015(d). The court finds that the plan meets the requirements of 11 U.S.C. Sec. 1325.

It is, therefore, ORDERED, that:

The Debtor's Chapter 13 plan ECF 33 is confirmed, with the following provisions:

1. Payments to Trustee:

    Amount of each payment: $141.70 every other week, originally commencing on 9/18/15 and now to commence with Ms Rata's new employer set forth below with Ms Rata's next paycheck, and continuing through 9/11/20, in addition to pre-confirmation payments already made of $2,400.00.

    Period of payments: 60 months in total, and until a 0% dividend is paid to creditors holding allowed unsecured claims.

2. Payroll Deduction:

  xx  The Debtor's employer is ordered to deduct payments from the Debtor's earnings, draw checks in the name of the trustee, and deliver or mail the same to the trustee on or before each due date until further order of this court.

3. Marichu Rata's New Employer:  Trinity Health Of New England
    Attn: Payroll Department Re - Empl. #4272197 (Marichu Rata)
    114 Woodland Street
    Hartford CT 06105

4. The Standing Trustee:

    All payments shall be made to:
    Roberta Napolitano, Chapter 13 Standing Trustee
    P. O. Box 610
    Memphis, TN 38101-0610

5. Attorney's Fees:  The Debtor's attorney was awarded a fee in the amount of $4000.00, of which $2000.00 was due and payable from the estate.

Dated at Hartford, Connecticut

*revised for new employer only

3