**Fill in this information to identify your case:**

Debtor 1: Raulito Rata
(First Name, Middle Name, Last Name)

Debtor 2: Marichu Rata
(Spouse if filing) (First Name, Middle Name, Last Name)

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number: 15-20054
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Citimortgage<br>Description of property securing debt: 158 Monroe Street East Hartford, CT | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: continue to pay | ☐ No<br>■ Yes |
| Creditor's name: Hartford Hospital<br>Description of property securing debt: 158 Monroe Street East Hartford, CT | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: avoid lien using 11 U.S.C. § 522(f) | ☐ No<br>■ Yes |
| Creditor's name: Johnson Memorial Hospital<br>Description of property: Medical Expenses | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ☐ No<br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Raulito Rata
Debtor 2   Marichu Rata                                                         Case number (if known)  15-20054

| | | |
|---|---|---|
| securing debt: | avoid lien using 11 U.S.C. § 522(f) | |
| Creditor's name: Radiology Associates of Hartford | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § 522(f) | ☐ No<br>■ Yes |
| Description of property Medical Expenses | | |
| securing debt: | | |

**Part 2:** List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:** Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Raulito Rata                                             X /s/ Marichu Rata
Signature of Debtor 1                                         Signature of Debtor 2

Date   December 18, 2019                                  Date   December 18, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| RAULITO RATA and | : | CASE NO. 15-20054-JJT |
| MARICHU RATA | : | |
| Debtors | : | December 26, 2019 |

CERTIFICATE OF SERVICE
STATEMENT OF INTENTION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on December 26, 2019, by US Mail a copy of the Statement of Intention (Form 108) was mailed to Secured Creditors as follows:

Raulito Rata and
Marichu Rata
158 Monroe Street
East Hartford, CT 06118

Citimortgage
Attn: President
PO Box 6243
Sioux Falls SD 57117

Hartford Hospital
Attn: President
80 Seymour Street
Hartford CT 06102

Johnson Memorial Hospital
Attn: President
85 Prescott St. Suite 402
Worcester MA 01605

Radiology Associates of Hartford
Attn: President
PO Box 280
Windsor CT 06095-0280

Sara Buchanan on behalf of Creditor Shellpoint Mortgage Servicing
BKECF@bmpc-law.com

Patrick Crook on behalf of Trustee Molly T. Whiton
pcrook@ch13rn.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Joseph R. Dunaj on behalf of Creditor Ocwen Loan Servicing, LLC
jdunaj@huntleibert.com, bankruptcy@huntleibert.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
rnapolitano@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

John J. O'Neil
joneil1776@yahoo.com, ct03@ecfcbis.com

Michael T. Rozea on behalf of Creditor Ocwen Loan Servicing, LLC
ecf@leopoldassociates.com

Linda St. Pierre on behalf of Creditor Green Tree Servicing LLC
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

Linda St. Pierre on behalf of Creditor Ocwen Loan Servicing, LLC
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

Linda St. Pierre on behalf of Creditor PHH Mortgage Corporation
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

THE DEBTORS,

By: Joel M. Grafstein
Joel M. Grafstein, Esq. (ct06191)
Grafstein & Arcaro, LLC
114 West Main Street, Suite 105
New Britain, CT 06051
(860) 674-8003 Phone
(860) 676-9168 Fax
jgrafstein@grafsteinlaw.com